UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS PENSION FUND, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> H&R BLOCK INC., MARK A. ERNST, WILLIAM L. TRUBECK and JEFFERY W. YABUKI, <br><br> Defendants. | No.: 1:06-cv-02204 (KMK) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/06

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff New Jersey Carpenters Pension Fund, by its attorneys, hereby voluntarily dismisses the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to waive its right to participate and recover as a class member or shareholder in any action.

Dated: June 23, 2006

        **MILBERG WEISS BERSHAD &**
        **SCHULMAN LLP**

        By: _s/ Peter E. Seidman_
        Peter E. Seidman (PS-8769)
        One Pennsylvania Plaza – 49th Floor
        New York, NY 10119-0165
        Telephone: (212) 594-5300
        Facsimile: (212) 868-1229

        **KROLL HEINMAN GIBLIN**
        Vincent M. Giblin
        99 Wood Avenue South, Suite 307
        Iselin, NJ 08830
        Tel: (732) 491-2100

        **Plaintiff's Counsel**

So Ordered,

_[signature]_
6/26/06